LUBINGER v. VOGEL et al. (two cases). (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Philip Lubinger against Harry Vogel and others. No opinions. Motions to dismiss appeal denied, without costs. Orders filed.

LUCARELLI, Respondent, v. O'BRIEN CONST. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Nicola Lucarelli against the O'Brien Construction Company. No opinion. Motion for reargument denied, with $10 costs. See, also, 144 N. Y. Supp. 1126.

LUPP, Respondent, v. MACHWIRTH BROS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Andrew Lupp against the Machwirth Bros. Company. No opinion. Judgment and order affirmed, with costs.

LYONS, Appellant, v. EDMONDS, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913.) Action by Jacob Lyons against William J. Edmonds.

PER CURIAM. It appearing that there are not four justices of this court qualified to sit in the determination of this appeal, the same is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

MABBETT, Respondent, v. ZIMBRICH, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by Alonzo L. Mabbett against Albert M. Zimbrich. No opinion. Judgment and order affirmed, with costs.

McCAUGHAN, Respondent, v. HOME SAVINGS BANK OF CITY OF ALBANY, Appellant. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Action by Elizabeth McCaughan, as administratrix, etc., of James B. McCaughan, deceased, against the Home Savings Bank of the City of Albany.

No opinion. Motion denied. See, also, 145 N. Y. Supp. 105.

MacFARLAND, Respondent, v. COMMERCIAL TRAVELERS' MUT. ACCIDENT ASS'N OF AMERICA, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Helen M. MacFarland against the Commercial Travelers' Mutual Accident Association of America. No opinion. Judgment and order affirmed, with costs.

McKINLEY REALTY & CONST. CO., Appellant, v. BEERS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by the McKinley Realty & Construction Company against Lucius H. Beers and others. J. R. Schiff, of New York City, for appellant. H. Mansfield, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

MACKLE, Respondent, v. ANNESLEY & CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by John H. Mackle against Annesley & Co. No opinion. Judgment and order unanimously affirmed, with costs.

MACKLIN, Appellant, v. OATES et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Action by John Macklin, as executor, etc., against John T. Oates and others. No opinion. Motion denied, without costs.

McMAHAN v. NEW YORK MILLS. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by William C. McMahan, as administrator, etc., against the New York Mills.

PER CURIAM. Judgment and order reversed, defendant's motion for nonsuit granted, and complaint dismissed, with costs, including the costs of this appeal. Held, first, that there was no evidence that the platform is within the lines of a highway; second, that users of the platform were mere licensees, to whom defendant is not liable for mere neglect to keep the platform in repair.

McNAMARA, Appellant, v. FARRELL, Respondent. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Margaret McNamara, as administratrix, etc., against Thomas Farrell. C. J. Earley, of New York City, for appellant. N. S. Spencer, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.